Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:ron.richman@bullivant.com
       susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY J. STEPHAN, an individual doing business as CONTRACT INSTALLATIONS,<br><br>Defendant. | Case No.: 3:17-cv-01852-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE AND FOR RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT; [PROPOSED] ORDER THEREON** |

Pursuant to a Settlement Agreement and Release executed by plaintiffs and defendant ("Settlement Agreement") which is incorporated herein by this reference, plaintiffs request that the Court dismiss this action, in its entirety, without prejudice, and retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal without prejudice is entered by the Court.

DATED: October 16, 2017

                                              BULLIVANT HOUSER BAILEY PC

                                              By  */s/ Ronald L. Richman*
                                                           Ronald L. Richman

                                              Attorneys for Plaintiffs

## **ORDER**

Pursuant to the Settlement Agreement and Release executed by the parties, which terms and conditions are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Agreement should any action be required to enforce the Agreement after the dismissal without prejudice is entered by the Court. See generally, *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 357, 381 (1994); *Hagestad v. Tragesser,* 49 F.3d 1430, ~~1432~~ 1433 (9th Cir. 1995).

IT IS SO ORDERED.

DATED:   October 17  , 2017

                                              By  _____
                                                     HON. JON S. TIGAR
                                                     U.S. DISTRICT COURT JUDGE

4844-8507-1953.1

– 1 –